**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
EFREN VALENTINE, *individually and on behalf of others similarly situated*,

                        *Plaintiff*,

-against-

CENTRAL CONSTRUCTION MANAGEMENT LLC, EBRO DIQUE GROUP, LLC, GREGORY KALAMARAS, FRANCISCO GARCIA, and RAMON CALVO, JR.

                        *Defendants*.
---------------------------------------------------------X

Docket No.: 21-cv-01322-SHS

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO <u>F.R.C.P. RULE 68</u>**

      PLEASE TAKE NOTICE that Plaintiff, EFREN VALENTINE, through his undersigned counsel, hereby notifies the Court that on April 7, 2021, Plaintiff accepted the offer of judgment made by Defendants, EBRO DIQUE GROUP, LLC, FRANCISCO GARCIA, and RAMON CALVO, JR., pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated April 7, 2021, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00). Annexed hereto are copies of: (a) Defendants' Offer of Judgment; (b) Plaintiff's Acceptance of said Offer of Judgment; and (c) Proof of Service of: (1) Defendants' Offer of Judgment and (2) Plaintiff's Acceptance of said Offer of Judgment.

Dated:  New York, New York
         April 7, 2021

                                      <u>/s/ William K. Oates</u>
                                      William K. Oates
                                      MICHAEL FAILLACE & ASSOCIATES, P.C.
                                      *Attorneys for Plaintiff*
                                      60 East 42nd Street, Suite 4510
                                      New York, New York 10165
                                      Tel.: (212) 317-1200