UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EFREN VALENTINE, ~~individually and on behalf of others similarly situated~~,

                          Plaintiff,

          -against-

CENTRAL CONSTRUCTION MANAGEMENT LLC, EBRO DIQUE GROUP, LLC, GREGORY KALAMARAS, FRANCISCO GARCIA, and RAMON CALVO, JR.

                         Defendants.
-----------------------------------------------------------X

Docket No.: 21-cv-01322-SHS

**JUDGMENT**

      WHEREAS, on or about April 7, 2021, Defendants, EBRO DIQUE GROUP, LLC, FRANCISCO GARCIA, and RAMON CALVO, JR., extended to Plaintiff, EFREN VALENTINE, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), and whereas said Plaintiff accepted said offer on or about April 7, 2021,

      JUDGMENT shall be entered in favor of Plaintiff and against Defendants in the amount of Fifty Thousand Dollars and No Cents ($50,000.00).

Dated: New York, New York
       April 9, 2021

SO ORDERED:

_____
HON. SIDNEY H. STEIN, U.S.D.J.