UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EFREN VALENTINE, *individually and on behalf of others similarly situated,*

                          *Plaintiff,*

      -against-

CENTRAL CONSTRUCTION MANAGEMENT LLC, EBRO DIQUE GROUP, LLC, GREGORY KALAMARAS, FRANCISCO GARCIA, and RAMON CALVO, JR.

                          *Defendants.*
-----------------------------------------------------------------X

Docket No.: 21-cv-01322-SHS

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)(i)**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for Plaintiff and Defendants, Central Construction Management LLC and Gregory Kalamaras, that this action is hereby dismissed in its entirety, without prejudice, as against said Defendants with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

By: _____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street Suite 4510
New York, New York 10165
Tel.: (212) 317-1200
*Attorneys for Plaintiff*

Dated: April 14, 2021

By: _____
Zev Singer, Esq.
Greenwald Doherty LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Tel: (212) 644-1310
*Attorneys for Defendants Central Construction Management LLC and Gregory Kalamaras*

Dated: April 14, 2021

The Clerk of Court is directed to change the caption of this matter as follows:

---

**Efren Valentine,**

       **Plaintiff,**

**CENTRAL CONSTRUCTION MANAGEMENT, LLC,** *ET AL.***,**

       **Defendants.**

---

This stipulation of voluntary dismissal dismisses the case as to the remaining defendants. The Clerk of Court is directed to close this case.

Dated:  New York, New York
       April 15, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.